**Opinion issued June 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00678-CV

———————————

**DONALD YOUNG, DORIS YOUNG, AND DONNA HOLCOMB, Appellants**

**V.**

**CHRIS DI FERRANTE, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV0052700C**

---

## MEMORANDUM OPINION

Appellee, Chris Di Ferrante, moves to dismiss the appeal because appellants, Donald Young, Doris Young, and Donna Holcomb, have not filed a brief. We grant appellee's motion and dismiss the appeal.

Appellants' brief was first due on January 10, 2013. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). On January 25, 2013, the Court notified appellants that a brief had not been filed and required a response. On February 8, 2013, the Court granted appellants' first motion for extension of time to file a brief. *See* TEX. R. APP. P. 38.6(d). On April 17, 2013, the Court granted appellants' second motion for extension of time to file a brief, directing that a brief be filed no later than May 15, 2013 and noting that no further extensions would be granted. *See id.* On May 30, 2013, the Court notified appellants that a brief had not been received and that the appeal was subject to dismissal if appellants did not file, within 10 days, a brief or a motion for extension of time to file a brief. *See* TEX. R. APP. P. 38.8(a) (governing failure to file brief and providing for dismissal of appeal), 42.3(b) (allowing involuntary dismissal of appeal). Appellants did not respond.

On May 23, 2013, appellee moved to dismiss the appeal for want of prosecution because appellants had not filed a brief. Appellants did not respond.

We grant appellee's motion and dismiss the appeal for want of prosecution. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.

2